In the Matter of the Estate of BENJAMIN L. M. BATES, Deceased. STATE TAX COMMISSION, Respondent; IRVING TRUST COMPANY, as Sole Surviving Executor of BENJAMIN L. M. BATES, Deceased, Appellant.— Order entered December 17, 1946; reversed, and order entered June 6, 1946, fixing estate tax modified by reducing the value of the hotel property to $2,000,000 and as so modified affirmed, with costs to the appellant. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.; Peck, P. J., and Glennon, J., dissent and vote to affirm. Settle order on notice.

EGG MART, INC., Respondent, v. PILGRIM HYGRADE ICE CREAM, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 894.]

REVELONE, INC., Appellant, v. ARLIND REALTY CORPORATION et al., Respondents, et al., Defendants.— On the present state of the record, summary judgment dismissing the complaint should not have been granted. We do not determine the sufficiency of the writings now in the record to satisfy the requirements of section 259 of the Real Property Law. Judgment and order unanimously reversed, with costs to the appellant, and the motion denied. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 958.]

REVELONE, INC., Appellant, v. ARLIND REALTY CORPORATION et al., Respondents, et al., Defendants.— Order denying plaintiff's motion for examination before trial unanimously reversed with printing disbursements to the appellant and motion granted as to items 1, 2, 4 (omitting the words " oral and "), 5 (omitting the words " knowledge of "), 6 (omitting the words " facts and circumstances of the composition ") and directing production of books and other papers for use in accordance with the provisions of section 296 of the Civil Practice Act. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 958.]